IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DAVID SHAKIR**                                                                                  **PLAINTIFF**

**V.**                                      **CAUSE NO. 2:10CV153-NBB-JMV**

**CHASE HOME FINANCE, N.A.**                                                      **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated July 8, 2011, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated July 8, 2011, is hereby approved and adopted as the opinion of the Court.

2. That the plaintiff's Motion for Entry of Default (# 15) and Motion for Default Judgment (# 16) are hereby denied.

**THIS**, the <u>1st</u> day of August, 2011.

                                                                                    <u>/s/ Neal Biggers</u>
                                                                                     **NEAL B. BIGGERS, JR.**
                                                                                      **U.S. DISTRICT JUDGE**